B 250A
(Rev. 9/94)

# United States Bankruptcy Court

### Eastern District of Tennessee

In re:

GREGORY L. WATERS, and
SUZANNE M. WATERS,
Debtors.

Bankruptcy Case No. 3:19-bk-31293-SHB
Chapter 7

JOHN P. NEWTON, CHAPTER 7 TRUSTEE

Plaintiff,

Adv. Pro. No: 20-ap-3035-SHB

KELSEY BRANAM,

Defendant.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> **Address of Clerk**
> United States Bankruptcy Court, Office of the Clerk
> Suite 330, 800 Market Street
> Howard H. Baker, Jr. US Courthouse
> Knoxville, TN 37902

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **Name and Address of Plaintiff's Attorney**
> John P. Newton, Esquire
> Law Offices of MAYER & NEWTON
> 1111 Northshore Drive, Suite S-570
> Knoxville, TN 37919

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William T. Magill
*Clerk of the Bankruptcy Court*

July 20, 2020
*Date*

By: _____
*Deputy Clerk*

# CERTIFICATE OF SERVICE

I, **John P. Newton**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on **July 20, 2020** by:

[X]   By First Class, US Mail (USM), Postage Prepaid, to the following:

Kelsey Branam
1315 Meadside Drive
Maryville, TN  37804

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
_____

☐   Residence Service: By leaving the process with the following adult at:
_____

☐   Publication: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                   (name of state)

<u>Under penalty of perjury, I declare that the foregoing is true and correct.</u>

| July 20, 2020 | s/John P. Newton |
|---|---|
| *Date* | *Signature* |

| Print Name: |
|---|
| John P. Newton, Law Office of Mayer & Newton |
| **Business Address** |
| 1111 Northshore Drive, Suite S-570 |

| City | State | Zip |
|---|---|---|
| Knoxville | TN | 37919 |