

**SO ORDERED.**
SIGNED this 5th day of November, 2020

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| IN RE:<br><br>GREGORY L. WATERS, and<br>SUZANNE M. WATERS,<br><br>Debtors. | Case No.: 19-bk-31293-SHB<br><br>Chapter 7 |
| JOHN P. NEWTON, TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>KELSEY BRANAM,<br>a/k/a Kelsey Dove<br><br>Defendant. | Adv. Proc. E: <u>20-ap-3035-SHB</u> |

### ORDER FOR FINAL JUDGMENT

Upon the Trustee/Plaintiff's Motion for Default Judgment, this Court finds that the Defendant has defaulted, an entry of default has been entered on the docket and therefore,

pursuant to Federal Rules of Civil Procedure 55(b) and Bankruptcy Rule 7055, the Plaintiff is entitled to Judgment by default as follows:

1. The Plaintiff is hereby granted Judgment for the relief requested in the Complaint;

2. Pursuant to the Complaint, the transfer of $54,500 of an interest in real property is avoided pursuant to 11 U.S.C. § 549 and § 550 and preserved for the estate under 11 U.S.C. § 551.

3. The Plaintiff is entitled to a judgment for the avoided transfer of the real property in the amount of $54,500 all for which execution may issue.

###

**APPROVED FOR ENTRY:**

s/ John P. Newton, Jr., BPR # 010817
s/ Richard M. Mayer, BPR # 005534
Law Offices of MAYER & NEWTON
Attorneys for Trustee/Plaintiff
1111 Northshore Drive, Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111 Telephone
(865) 588-6143 Fax